**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  5:20-po-00136-JLT |
| Plaintiff, ) | CVB Violation F4851629 / CA40 |
| v. ) | ORDER TO REFUND OVERPAYMENT |
| COREY J. EISELER, ) | (Doc. #6) |
| Defendant. ) | |

Defendant, Corey J. Eiseler, was issued Violation Notice F4851629 with a total collateral due of $380.00.  As a result of a failure to appear on November 3, 2020, an arrest warrant was issued in the amount of $1,000.00.  On November 11, 2020, defendant Eiseler paid the original fine amount of $380.00 and the Court accepted the $380.00 as payment in full, recalled the arrest warrant, and closed the case.  After the case was closed, the defendant paid the warrant amount of $1,000.00.  Therefore, the Court **ORDERS**:

1. A refund be issued to defendant, COREY J. EISELER, in the amount of $1,000.00.

IT IS SO ORDERED.

Dated:  **January 7, 2021**            **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE